UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONNIE DICKINSON,

    Plaintiff,

v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION

    Defendant.

CASE NO. 2:18-cv-01885 JRC

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 Court filing fee.

The Clerk is directed to issue summonses submitted by plaintiff to enable proper service of the complaint. Plaintiff is responsible for serving the complaint and summonses and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

Dated this 15th day of January, 2019.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN FORMA
PAUPERIS - 1